[No. 65103-0-I.   Division One.   March 21, 2011.]

THE STATE OF WASHINGTON, *Respondent*, v. TEENA MAREE MARKUSEN, *Appellant*.

Appeal from a judgment of the Superior Court for Whatcom County, No. 09-1-00235-8, Steven J. Mura, J., entered March 15, 2010. *Affirmed* by unpublished opinion per Appelwick, J., concurred in by Cox and Lau, JJ.

[No. 38886-3-II.   Division Two.   March 22, 2011.]

THE STATE OF WASHINGTON, *Respondent*, v. ROBERT RUFUS WILLIAMS, *Appellant*.

Appeal from a judgment of the Superior Court for Pierce County, No. 07-1-03073-7, Susan Serko, J., entered January 30, 2009. *Affirmed in part, reversed in part*, and *remanded with instructions* by unpublished opinion per Casey, J. Pro Tem., concurred in by Worswick, A.C.J., and Quinn-Brintnall, J.

[No. 39566-5-II.   Division Two.   March 22, 2011.]

*In the Matter of the Detention of* ANTHONY JACKA, *Appellant*.

Appeal from a judgment of the Superior Court for Clark County, No. 97-2-01932-3, Robert L. Harris, J., entered June 22, 2009. *Reversed* and *remanded* by unpublished opinion per Quinn-Brintnall, J., concurred in by Penoyar, C.J., and Armstrong, J.

[No. 39781-1-II.   Division Two.   March 22, 2011.]

JAMES SHARBONO ET AL., *Respondents*, v. UNIVERSAL UNDERWRITERS INSURANCE COMPANY, *Appellant*.

Appeal from a judgment of the Superior Court for Pierce County, No. 01-2-07954-4, Rosanne Buckner, J., entered September 4, 2009. *Dismissed* by unpublished opinion per Armstrong, J., concurred in by Penoyar, C.J., and Quinn-Brintnall, J.